■ JAMES S. McASKILL et al., Respondents, v AMERICAN NATIONAL RED CROSS et al., Appellants, et al., Defendant. [629 NYS2d 695] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Gorski, J. *(McAskill v American Natl. Red Cross,* 160 Misc 2d 913). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Discovery.) Present—Denman, P. J., Green, Wesley, Doerr and Balio, JJ.